IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS S. BACHARACH,

       Petitioner,

vs.                                            CASE NO. 3:04cv04/RS

JAMES V. CROSBY, JR.,

       Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Order, Report and Recommendation (Doc. 19).  Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved an is incorporated in this Order.

2. The Amended Petition for Writ of Habeas Corpus is denied with prejudice.

3. The clerk is directed to close the file.

ORDERED on July 26, 2006.

                                                  **/S/ Richard Smoak**
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**